IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO: 2:00-CR-050 |
| vs. | ) |
| MARK BLANKENSHIP, | ) JUDGE MARBLEY |
| SSN: XXX-XX-4734 | ) |
| Defendant, | ) |
| and | ) |
| SNIDER-BLAKE, | ) |
| Garnishee. | ) |

## ORDER QUASHING THE
## WRIT OF CONTINUING GARNISHMENT

Upon Plaintiff's Motion to Quash Writ of Continuing Garnishment and pursuant to the provisions of 28 U.S.C. §3205(c)(10), and for good cause showing that the Defendant is no longer employed by the Garnishee,

**IT IS HEREBY ORDERED** that the December 2, 2011 Writ of Continuing Garnishment against the property of MARK BLANKENSHIP be quashed.

Date: January 3, 2012

UNITED STATES DISTRICT JUDGE